

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Mark Allen Cochran, Appellant

No. 06-22-00089-CR          v.

The State of Texas, Appellee

Appeal from the 13th District Court of Navarro County, Texas (Tr. Ct. No. D39425-CR). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Mark Allen Cochran, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 15, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk